SAMUEL YAROSLAWITZ v. UNITED STATES

No. 4470.—Invoice dated Kolomy, Poland, June 23, 1936.
Entered at New York, August 8, 1936.
Entry No. 716829.

(Decided December 9, 1938)

Siegel & Mandell (Samuel T. Siegel of counsel) for the plaintiff.
Webster J. Oliver, Assistant Attorney General (Dorothy C. Bennett, special attorney), for the defendant.

BROWN, Judge: This is an importer's appeal for reappraisement of certain prayer shawls imported by mail from Poland and contains a pure question of fact, no legal question being involved.

The weight of the evidence is in favor of the advances made by the appraiser as correctly representing the foreign-market value of the merchandise which was higher than the export price to this particular importer.

Judgment will, therefore, issue affirming the dutiable value as found by the appraiser.

DECEMBER 8, 1938

No. 4471.-—United States v. Blefeld & Goodfriend, Inc. Entered at New York. Reap. Dec. 4416. Motion by appellant.

DECEMBER 8, 1938

No. 4472.-National Silver Co. v. United States. Entered at New York. Not published. Motion by plaintiff.